UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYMBERLI CAMPBELL and ERIC CAMPBELL, | No.:  1:07-CV-1772-AWI-SMS |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| ZIMMER, INC., | The Honorable Anthony W. Ishii |
| Defendants. | |

The plaintiffs, Kymberli Campbell and Eric Campbell ("Plaintiffs"), and Defendant Zimmer, Inc., by their respective counsel, stipulate that all of Plaintiffs' claims against Defendant Zimmer, Inc. are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

By:  /s/ Loren N. Kleier

    Loren N. Kleier

    Law Office of Loren N. Kleier

    1326 "H" Street, Suite 2

    Bakersfied, California 93301


    Telephone:      +1 661 716 7777

    Facsimile: +1 661 716 7770

By:  /s/ Sonja S. Weissman   1/18/08

    Sonja S. Weissman (SBN 154320)

    Email:  sweissman@reedsmith.com

    REEDSMITH LLP

    1999 Harrison Street, Suite 2400

    Oakland, CA  94612-3572


    **Mailing Address:**

    P.O. Box 2084

    Oakland, CA  94604-2084

Attorney for the plaintiffs, Kymberli          Telephone:     +1 510 763 2000

Campbell and Eric Campbell                     Facsimile:     +1 510 273 8832


Attorneys for Defendant Zimmer, Inc.

## ORDER

The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure.   Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court
> (i) by filing a notice of dismissal at any time before service by the
> adverse party of an answer or of a motion for summary judgment,
> whichever first occurs, or (ii) by filing a stipulation of dismissal
> signed by all parties who have appeared in the action. Unless
> otherwise stated in the notice of dismissal or stipulation, the
> dismissal is without prejudice, except that a notice of dismissal
> operates as an adjudication upon the merits when filed by a
> plaintiff who has once dismissed in any court of the United States
> or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of

an answer, by filing a written stipulation to dismiss signed by all of the parties who have

appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills

Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-

73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is properly filed

or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ.

Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.  Because Plaintiffs have filed a stipulation for

dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who

have made an appearance, this case has terminated.  See Fed. R. Civ. Pro. 41(a)(1)(ii); In re

Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139;

Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.  Each party shall bear its own costs and attorneys' fees.


IT IS SO ORDERED.

**Dated:**   __**January 23, 2008**__                __**/s/ Anthony W. Ishii**__
                                                    UNITED STATES DISTRICT JUDGE